IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RONNIE V. WILLIAMS AIS # 239426, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 11-0178-CB-C |
| WARDEN ROBERT NIELSEN, *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants, Robert Nielsen, James P. Dodds, Ms. Hitson, J. Baker be **DISMISSED** with prejudice from Plaintiff's Complaint.

**DONE** this 16th day of September, 2013.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**